P. Davis Oliver  (DC Bar 490620)
John M. McNulty (DC Bar 1009211)
Attorneys for Plaintiff, Securities and Exchange Commission
100 F. St. NE, Washington, DC 20549

CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Securities and Exchange Commission | CASE NUMBER: |
| | 8:24-cv-01460 |
| Plaintiff(s) | |
| v. | |
| John J. Kralik V, JKV Capital LLC, JKV LLC, and JKV Homes LLC (Relief Defendant) | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

*NOTE:  This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✔] The parties stipulate that _____ Jessica Kurzban _____ may serve as the Panel Mediator in the above-captioned case. _____ P. Davis Oliver _____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours.  All parties and the Panel Mediator have agreed that the mediation will be held on ___ October 21, 2025 ___ and counsel will submit mediation statements seven calendar days
(Date)
before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

| | |
|---|---|
| Dated: 03/07/25 | /s/ P. Davis Oliver |
| | Attorney For Plaintiff  P. Davis Oliver |
| Dated: 03/07/25 | /s/ John McNulty |
| | Attorney For Plaintiff  John McNulty |
| Dated: 03/07/25 | /s/ Andrew Holmes |
| | Attorney For Defendant  Andrew Holmes |
| Dated: | |
| | Attorney For Defendant |

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*